NAHMIAS, Justice,
concurring.
I join the Court’s opinion in full, but I add another point to the discussion in Division 1 (b) regarding the sufficiency of the evidence as to venue. As I see it, the jury could quite reasonably infer that the shooting occurred in Walton County from the testimony that it occurred “just down the street” from and in the same neighborhood as a residence in Walton County and the absence of any indication that either site was close to a county line. See O’Donnell v. Smith, 294 Ga. 307, 313-314 (751 SE2d 324) (2013) (Nahmias, J., concurring). To the extent that the erroneous logic of the majority opinion in Jones v. State, 272 Ga. 900, 903-904 (537 SE2d 80) (2000), precludes jurors from making this common-sense and mathematically supportable inference, I continue to believe that we should eventually disapprove that holding. See Jones v. State, 299 Ga. 377 (788 SE2d 477) (2016) (Nahmias, J., concurring).